# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01204-BNB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY CO, SHERIFF JAMES BIKER,
FREMONT COUNTY, CO, DETENTION CENTER, and
JUDGE DAVID THORSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions to amend the complaint (ECF No. 5) and for appointment of counsel (ECF No. 10) are DENIED as premature. Plaintiff continues to have thirty days from date of the order (ECF No. 4) filed on April 30, 2014, to show cause why this action should not be dismissed because he fails to assert civil rights claims.

Dated: May 29, 2014