IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01204-LTB

GARY ROBERT MILLER,

    Plaintiff,

v.

FREMONT COUNTY CO, SHERIFF JAMES BIKER,
FREMONT COUNTY, CO, DETENTION CENTER, and
JUDGE DAVID THORSON,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                      Deputy Clerk